HEATHER E. WILLIAMS, #122664
Federal Defender
LEXI NEGIN, #250376
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700
Fax: 916-498-5710
Lexi_negin@fd.org

Attorneys for Defendant
LETICIA DESMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-CR-00227-MCE |
| Plaintiff, | **DEFENDANT'S CONSENT TO APPEAR VIA VIDEO-TELECONFERENCE** |
| vs. | |
| LETICIA DESMAN, | Date: July 23, 2020<br>Time: 10:00 a.m. |
| Defendant. | Judge: Hon. Morrison C. England, Jr. |

Under CARES Act § 15002(b), LETICIA DESMAN, by and through her counsel of record, consents to proceed with her Admit/Deny hearing by video-teleconference. Counsel has advised Ms. Desman of her right to appear in person for this hearing, as well as of her ability to waive her personal appearance and appear via video-teleconference. Ms. Desman waives her right to personally appear at her Admit/Deny hearing on July 23, 2020 and instead consents to appearance by video teleconference.

///

///

///

///

1 | Pursuant to Gen. Order 616, counsel for Ms. Desman signs this waiver on her behalf.

Dated: July 21, 2020

                            */s/ Leticia Desman*
                            LETICIA DESMAN

I agree and consent to my Client's appearance by video-teleconference.

Dated:  July21, 2020

                            */s/ Lexi Negin*
                            LEXI NEGIN
                            Assistant Federal Defender
                            Attorney for Defendant
                            LETICIA DESMAN

    IT IS SO ORDERED.

Dated:  July 28, 2020

                            MORRISON C. ENGLAND, JR
                            SENIOR UNITED STATES DISTRICT JUDGE