**SHARI RUSK**
Attorney at Law
P.O. Box 188945
Sacramento, CA 95818
Telephone:  (916) 804-8656
Email: rusklaw@att.net

**Attorney for Defendant**
**LETICIA DESMAN**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>vs.<br><br>LETICIA DESMAN,<br>Defendant. | **No.** 2:18-CR-00227-DAD<br><br>**COURT:** Hon. Dale A. Drozd<br>**DATE:**  October 8, 2024<br>**TIME:**   9:30 a.m.<br><br>**STIPULATION AND ORDER TO**<br>**CONTINUE DISPOSITIONAL HEARING** |

The United States of America through its undersigned counsel, NICOLE MOODY, Assistant United States Attorney, together with counsel for defendant LETICIA DESMAN, Shari Rusk, Esq., hereby agree to the following:

1.  By previous order, this matter was set for disposition on August 13, 2024.

2.     The parties agree to continue the dispositional hearing until October 8, 2024, and that date is available with the Court.

DATE: August 2, 2024                              Respectfully Submitted,

1

 /s/ Shari Rusk
Shari Rusk
Attorney for Defendant
LETICIA DESMAN

cc: Shannon Morehouse, USPO

/s/Nicole Moody
Nicole Moody
Assistant United States Attorney

## **ORDER**

Pursuant to the stipulation of the parties, the dispositional hearing is continued to October 8, 2024, at 9:30 a.m.

IT IS SO ORDERED.

Dated:  **August 5, 2024**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE